**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jerry DORAN, Defendant–Appellant.**

**No. 06–10667.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2007.*

Filed Aug. 21, 2007.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Jerry Doran appeals from the 108–month sentence imposed following his guilty-plea conviction for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B), assaulting, resisting or impeding law enforcement officers, in violation of 18 U.S.C. § 111(a), and willfully committing damage to a government vehicle, in violation of 18 U.S.C. § 1361. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Doran contends that his sentence is unreasonable because the district court erred by exercising its discretion and imposing a sentence outside of the Guidelines range due to Doran's reckless conduct. We disagree. We conclude that the district court properly considered the § 3553(a) factors. Given the facts of Doran's case, we conclude that the sentence was not unreasonable. *See United States v. Mohamed,* 459 F.3d 979, 988–89 (9th Cir.2006).

**AFFIRMED.**

Michael K. Kawahara, Esq., Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Georgia K. McMillen, Esq., Wailuku Maui, HI, for Defendant–Appellant.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.